**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

Eric Drake                                    Civil Action No. 6:08-0038

versus                                        Judge Tucker L. Melançon

Edgar Lynn Rogers, et al                      Magistrate Judge C. Michael Hill

**MEMORANDUM ORDER**

Before the Court is a Motion To Transfer Venue filed by Louisiana District Judge Jeanette Garrett moving that this action be transferred to the Shreveport Division of the Western District of Louisiana [Rec. Doc. 13].

Plaintiff's Complaint provides that this action arises from alleged Constitutional violations under 42 U.S.C. §§ 1981, 1983, 1985 and 1986 which took place in the First Judicial District Court, Caddo Parish, Shreveport, Louisiana, located within the Shreveport Division of the United States District Court for the Western District of Louisiana. Plaintiff names as defendants Louisiana state court judges who are residents of Shreveport. The record indicates that plaintiff is a resident of Dallas, Texas.

Venue is defined by Title 28 of the United States Code section 1391 (b), which provides:

> "[a] civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."

28 USC § 1391.

Further, while this action was properly filed in the Western District of Louisiana, Local Rule 77.3W of the Uniform District Court Rules, which sets out the parishes contained within each Division of the Western District, mandates that an action be brought in the judicial division containing the parish in which the action arose. Local Rule 77.3W states that the judicial divisions in the Western District are designated for the purpose of "administration of the business of the court" and lists the parishes within each division. The purpose of the Local Rule 77.3W is to promote the most efficient placement and advancement of the cases within the Western District.

It is undisputed that all defendants are domiciled or reside in the Shreveport Division of the Western District of Louisiana and that all of the events or omissions giving rise to the claim occurred in the Shreveport Division. Accordingly, as prescribed by 28 U.S.C. § 1391(b) and Local Rule 77.3W, it is

ORDERED that defendant's Motion To Transfer Venue [Rec. Doc. 13] is GRANTED. It is

FURTHER ORDERED that this matter be transferred to the Shreveport Division of the Western District of Louisiana and to United States District Judge Maurice S. Hicks and Magistrate Judge Mark L. Hornsby for disposition.

Thus done and signed this 28th day of February, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE