UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ERIC VON DRAKE | CIVIL ACTION NO. 08-0038 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| EDGAR LYNN ROGERS, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Plaintiff Eric Von Drake ("Drake") has filed the instant civil rights lawsuit against several defendants alleging that they discriminated against him based on his race. Drake has also sued Edgar Lynn and Angela Rogers ("the Rogers") for damages to his property and intentional infliction of emotional distress. Drake has moved for a preliminary and permanent injunction [Doc. No. 24] seeking to prevent the defendants from denying him access to property which is in dispute between the parties. In order to be entitled to injunctive relief, Drake must establish "(1) the likelihood of success on the merits; (2) that a failure to grant the injunction will result in irreparable injury; (3) that said injury outweighs any damage that the injunction will cause the opposing party; and (4) that the injunction will not disserve the public interest." <u>VRC LLC v. City of Dallas</u>, 460 F.3d 607, 611 (5th Cir.2006). The Court finds that Drake has failed to establish irreparable injury sufficient to entitle him to injunctive relief.

Therefore:

**IT IS ORDERED** that the plaintiff's motion for a preliminary and permanent injunction [Doc. No. 24] be **DENIED** on the showing made.

**THUS DONE AND SIGNED**, Shreveport, Louisiana, this 13th day of June, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE