**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ERIC VON DRAKE | CIVIL ACTION NO. 08-cv-0038 |
| VERSUS | JUDGE HICKS |
| EDGAR LYNN ROGERS, ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Sanctions [Doc. No. 29] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of July, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE